

RECEIVED
CHARLOTTE, N.C.
MAY 26 2005
Clerk, U.S. Dist. Court
W. Dist. of N.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:05CV244-H

| | | |
|---|---|---|
| ROGER WIKER, | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| WAL-MART STORES, INC. | ) | |
| Defendant. | ) | |

This matter is before the Court on Defendant Wal-Mart Stores, Inc.'s "Consent Motion For Extension of Time to Respond to the Complaint," filed and served on May 26, 2005, wherein Defendant seeks an extension of time of twenty (20) days within which to respond to Plaintiff's Complaint. For the reasons stated therein, Defendant's Consent Motion for Extension of Time to Respond to Plaintiff's Complaint is hereby GRANTED.

It is therefore ordered:

Defendant's deadline to respond to Plaintiff's Complaint is extended through and including June 23, 2005.

So ORDERED, this 27th day of May 2005.

_____
~~Clerk of Court~~
Western District of North Carolina

Firmwide:80032800.1 015602.4564

Wiker v. Sam's Club East, LP    Doc. 4

Dockets.Justia.com