# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:05-CV-244-H

| | |
|---|---|
| ROGER WIKER, | ) |
| Plaintiff, | ) **Order Granting the Parties' Stipulated** |
| | ) **Substitution of Party** |
| v. | ) |
| WAL-MART STORES, INC., | ) |
| Defendant. | ) |

THIS CAUSE came before this Court on the parties' Stipulated Substitution of Party. ORDERED AND ADJUDGED as follows:

Defendant Wal-Mart Stores, Inc., is hereby dismissed from this action, and Sam's Club East, LP, shall now become defendant of record.

This the 10th day of August, 2005.

Graham C. Mullen
UNITED STATES DISTRICT COURT JUDGE

