# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Roger Wiker,

    Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                          3:05-cv-244-Mu

Sam's Club East, LP

    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 7, 2005 Order.

**Signed: November 7, 2005**

*[signature: Frank G. Johns]*

Frank G. Johns, Clerk
United States District Court